■ The People of the State of New York, Respondent, v. James Johnson, Appellant.— Motion to vacate order dismissing appeal, dated March 31, 1947, and for other relief, denied. An examination of the record discloses that appellant, at no time prior to the dismissal of his appeal, made any motion

for leave to dispense with the printing or for leave to prosecute his appeal as a poor person. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.